EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


ANGELA MARIE PAGE

                                                                    PLAINTIFF


v.                              CASE NO. 3:13CV00041 JTK


CAROLYN W. COLVIN, *Acting Commissioner*,
Social Security Administration

                                                      DEFENDANT


## JUDGMENT


Pursuant to the Memorandum and Order entered this date, it is CONSIDERED,

ORDERED, and ADJUDGED that the final determination of the Commissioner is

affirmed.  This case is hereby dismissed with prejudice.

SO ORDERED this 2nd day of January, 2014.


_____
UNITED STATES MAGISTRATE JUDGE